1
 Clarence Ray Williams, Petitioner v. The People of the State of Colorado. Respondent No. 25SC131
Supreme Court of Colorado, En Banc
September 2, 2025
           Court
 of Appeals Case No. 23CA863
 
 
 
          DENIED
 PETITIONS FOR WRIT OF CERTIORARI
 
 2
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE GABRIEL would grant as to the following issue:
 
 
          Whether
 the division erred in concluding that a claim added by
 appointed counsel after the time for commencing a collateral
 attack, but following a timely pro se postconviction
 petition, was time barred.